**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ashraf HAMED and Abelrahim Nassar,
Defendants—Appellants.**

No. 01–50400, 01–50612.
D.C. No. CR–01–00046–R–1
CR–01–00046–R–1–03.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2002.*

Decided Sept. 24, 2002.

Before THOMPSON, RAWLINSON, Circuit Judges, and SCHWARZER,** Senior District Judge.

MEMORANDUM***

The district court did not err when it denied Defendant Ashraf Hamed's ("Hamed") request for a two-point offense level reduction pursuant to U.S. Sentenc-ing Guidelines Manual § 2D1.1(b)(6). Section 2D1.1(b)(6) cannot be used to reduce a sentence properly calculated under § 2D1.11. *See* U.S. Sentencing Guidelines Manual § 2D1.11(c)(1) (2000); *United States v. Brownstein,* 79 F.3d 121, 123 (9th Cir.1996); *see also* U.S. Sentencing Guidelines Manual § 2D.1.11 cmt. statutory provisions, and App. A at 453 (2000).

The district court also did not err when it denied Defendant Abdelrahim Nassar's ("Nassar") request for an offense level reduction pursuant to U.S. Sentencing Guidelines Manual § 3B1.2. The undisputed facts in the presentence report reflect that Nassar not only participated in negotiations but also exercised decision-making authority. *See United States v. Duran,* 189 F.3d 1071, 1088–89 (9th Cir.1999); *United States v. Klimavicius–Viloria,* 144 F.3d 1249, 1266 (9th Cir.1998). The district court resolved the disputed issue of whether Nassar's role was minor and definitively ruled that Nassar "did not have a minor role in this." *See United States v. Flores–Payon,* 942 F.2d 556, 558, 561 (9th Cir.1991). Accordingly, we affirm Hamed's and Nassar's convictions and sentences.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable William W. Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.